```
              FILED ___ LODGED
          ___ RECEIVED ___ COPY

               JUN 0 1 2007

          CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 07-0106M-001 |
|---|---|---|
| Plaintiff, | ) | **MATERIAL WITNESS ORDER** |
| vs. | ) | |
| Josue Ramirez-Hernandez, | ) | |
| Defendant. | ) | |

Defendant(s) Josue Ramirez-Hernandez, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Court having determined from the affidavit of Richard Regimballe filed in this case, the following person(s) can provide testimony that is material to the offense(s) alleged in the complaint:

Limber Gomez-Morales and Leonardo Morales-Gomez

The Court finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or

1  serving sentences or being held in custody pending appeal. The witness(es) shall be afforded
2  a reasonable opportunity for private consultation with counsel.
3      DATED this 1st day of June, 2007.

                                                    Lawrence O. Anderson
                                                    United States Magistrate Judge